COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


**ORDER ON MOTION**

Cause number:     01-14-00693-CV

Style:     Giovanny F. Laguan and Marina Del T. Martinez v. Hilary J. Lloyd

     and Kimberly A. Lloyd

Date motion filed[*]:     July 7, 2015

Type of motion:     Late Motion for Extension of Time to File Appellant's Brief

Party filing motion:     *Pro Se* Appellant Giovanny F. Laguan

Document to be filed:     Appellant's Brief

Is appeal accelerated?     No.

If motion to extend time:

     Original due date:     June 29, 2015

     Number of extensions granted:     0     Current Due Date: June 29, 2015

     Date Requested:     November 7, 2015

Ordered that motion is:

     ☑ Granted in part

        If document is to be filed, document due: August 28, 2015.

        ☑ No further extensions of time will be granted absent extraordinary circumstances.
     ☐ Denied
     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
     ☑ Other: _____

Appellant's motion for a 120-day extension of time to file the appellant's brief, because he needs more time to do research, is **granted in part**, until August 28, 2015, since he is proceeding *pro se*, but appellant is warned that no further extensions will be granted absent extraordinary circumstances given the length of the extension sought and the length of time granted. *See* TEX. R. APP. P. 10.5(b)(1)(B), 38.6(d).

Judge's signature: /s/ <u>Laura Carter Higley</u>
        ☒ Acting individually     ☐ Acting for the Court

Date: July 14, 2015